# NO. 12-13-00254-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ALLEN F. CALTON,* *APPELLANT* | § | *APPEAL FROM THE 349TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *GARY WRIGHT,* *APPELLEE* | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, who is appearing pro se, has filed a motion to dismiss this appeal and requests that the appeal be dismissed immediately. Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is ***granted***, and the appeal is ***dismissed***.

Opinion delivered September 11, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 11, 2013**

**NO. 12-13-00254-CV**

**ALLEN F. CALTON,**
Appellant
V.
**GARY WRIGHT,**
Appellee

---

Appeal from the 349th Judicial District Court

of Anderson County, Texas (Tr.Ct.No. 349-7147)

---

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*